RUBIN, FIORELLA & FRIEDMAN, LLP
James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Attorneys for Defendant
*New Hampshire Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALF MOON BAY MARINA CONDO ASSOCIATION,

    Plaintiff,

-against-

NEW HAMPSHIRE INSURANCE COMPANY,

    Defendant.

Civ. No.: 07 CIV 7102

**RULE 7.1 STATEMENT**

JUDGE BRIEANT

FILED 2007 AUG -9 PH 3:34 U.S. DISTRICT COURT S.D. OF N.Y.

    Defendant, NEW HAMPSHIRE INSURANCE COMPANY, by its attorneys, RUBIN FIORELLA & FRIEDMAN, LLP, as and for its Rule 7.1 Disclosure Statement states that NEW HAMPSHIRE INSURANCE COMPANY is a member company of the American International Group of companies, a publicly traded company on the New York Stock Exchange under the symbol AIG, and is wholly owned thereby.

Dated: New York, New York
      August 9, 2007

By: _____
RUBIN, FIORELLA & FRIEDMAN
James E. Mercante (JM 4231)
Yoon S. Han (YH 7602)
Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381