UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
HALF MOON BAY CONDO ASSOCIATION,

                Plaintiff,

   -against-

NEW HAMPSHIRE INSURANCE COMPANY,

                Defendant.
----------------------------------X

STIPULATION OF DISCONTINUANCE **WITH PREJUDICE**

Civil No. 07-CV-7102 (CLB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties to the above-captioned matter that, whereas no part hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action herein, **the above-entitled action be and the same is hereby discontinued**, with prejudice and without costs to any party as against another.

Dated: Elmsford, New York
       December 7, 2007

_____
WILLIAM A. ELDER, ESQ.
PILLINGER MILLER TARALLO, LLP
Attorneys for Plaintiff
Half Moon Bay Condo Association
570 Taxter Road
Suite 275
Elmsford, New York 10523
(914) 703-6300
Our File No: HMB-00101/WAE

_____
JAMES MERCANTE, ESQ.
RUBIN FIORELLA & FRIEDMAN, ESQS.
Attorneys for Defendant
NEW HAMPSHIRE INSURANCE COMPANY
292 Madison Avenue
New York, New York 10017

SO ORDERED: January 7, 2008

_Charles L. Brieant_
THE HONORABLE CHARLES L. BRIEANT
USDJ

- 2 -

TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,

**KNOW THAT**, Half Moon Bay Condo Association, organized under the laws of the State of New York, as RELEASOR, in consideration of the sum of SEVEN THOUSAND, FIVE HUNDRED ($7,500.00) DOLLARS, received from NEW HAMPSHIRE INSURANCE, and the subject policy remaining in effect, as RELEASEE, receipt whereof is hereby acknowledged, releases and discharges NEW HAMPSHIRE INSURANCE, the RELEASEE, RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty, or equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE.

More particularly

The words "RELEASOR" and "RELEASEE" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

IN WITNESS WHEREOF, the RELEASOR has hereunto set RELEASOR'S hand and seal on the day of 19th day of Dec, 2007.

IN PRESENCE OF

_David Plotkin_ (L.S.)
DAVID PLOTKIN

STATE OF New York   COUNTY OF Orange   ss:

On December 19, 2007, before me personally came DAVID PLOTKIN to me known, who, by me duly sworn, did depose and say that deponent resides at Blooming Grove, NY 10914 and that deponent is the Board Member of Half Moon Bay Marine Condo Assoc., the corporation described in, and which executed the foregoing RELEASE, that deponent knows the seal of the corporation, that the seal affixed to the RELEASE is the corporate seal, that it was affixed by order of the board of the corporation; and that deponent signed deponent's name by like order.

_Valeria M. Parker_
NOTARY PUBLIC

VALERIA M. PARKER
Notary Public, State of New York
No. 4841994
Qualified in Orange County
Commission Expires March 30, 20 11

# PILLINGER MILLER TARALLO, LLP
## ATTORNEYS AT LAW

Reply To: ■ 570 Taxter Road, Suite 275, Elmsford, NY 10523 Tel: (914) 703-6300 Fax: (914) 703-6688
▢ 17 State Street, 15th Floor, New York, NY 10004 Tel: (212) 461-6115 Fax: (212) 461-6116

*Website: www.pmtlawfirm.com*

January 7, 2008

**<u>VIA FACSIMILE: (914) 390-4085</u>**
**<u>AND FIRST CLASS MAIL</u>**

The Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: Half Moon Bay Condo Association v. New Hampshire Insurance Company
    Our File : HMB-00101/WAE
    **Index No. : Civil No.: 07-CV-7102 (CLB)**

Dear Honorable Sir:

  The above-captioned matter has been settled by the parties and, pursuant to the instructions of your Law Secretary, I have faxed a Stipulation of Discontinuance with Prejudice, which we respectfully request be "So Ordered." I have also faxed a copy of the General Release setting forth the terms of the settlement of this case.

  If any additional documentation is required to complete the discontinuance of this case, please do not hesitate to contact the undersigned. Thank you for your cooperation in this regard.

        Very truly yours,

        PILLINGER MILLER TARALLO, LLP

      By: _/s/ William A. Elder_
        WILLIAM A. ELDER

WAE/amm
Enclosures
70887.wpd

The Honorable Charles L. Brieant
Page 2
January 7, 2008


cc:   James Mercante, Esq.
      Rubin Fiorella & Friedman, Esqs.
      292 Madison Avenue
      New York, New York 10017
      *Via Facsimile: (212) 953-2462*
      *and First Class Mail*